5/06
Form: Pro Hac Vice

# IN THE UNITED STATES DISTRICT/BANKRUPTCY COURTS
# FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| Toney Roberts | Case No. |
| v. | APPLICATION FOR ADMISSION |
| IM Services Group, LLC | PRO HAC VICE |
| | Fee: $250.00 |

Pursuant to Local Rule 83.4(e) of the United States District Court for the District of Idaho, John Neuman _____, hereby applies for admission pro hac vice to appear and participate in this case on behalf of Plaintiff Toney Roberts _____.

The applicant hereby attests as follows:

1. Applicant resides in Texas _____, and practices at the following address and phone number Sosa-Morris Neuman, PLLC, 5612 Chaucer Drive, Houston, Texas 77005, 281-885-8630

2. Applicant has been admitted to practice before the following courts on the following dates:

| Courts: | Dates: |
|---|---|
| Texas State Courts | 2012 |
| Southern District of Texas | 2013 |
| District of Colorado | 2014 |
| District of North Dakota | 2015 |

3. Applicant is in good standing and eligible to practice in said courts.

4. Applicant is not currently suspended or disbarred in any other courts.

5. Steven Fisher _____, a member in good standing of the bar of this court, of the firm of Craig Swapp & Associates _____, practices at the following office address and phone number: 3071 E. Franklin Road, Suite 302, Meridian, ID 83642

and is hereby designated as co-counsel with authority to act as attorney of record for all purposes. Said designee hereby consents to this designation by signing this application.

Dated this 28 day of September, 2021.

_____          _____
Applicant                                                   Designee

Signed under penalty of perjury.